LILLIE J. EARLE, Respondent, *v.* GEORGE H. ROBINSON et al., Appellants.

(Argued March 11, 1895; decided April 9, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 15, 1895, which affirmed an order of Special Term denying a motion made after supplemental answer to vacate an injunction *pendente lite.*

*George M. Pinney, Jr.,* for appellants.

*A. J. Dittenhoefer* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.